____ FILED     ____ ENTERED
____ LODGED    ____ RECEIVED

JAN 3 - 2007

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| ANTOLIN ANDREW MARKS, | ) | CASE NO. C06-1679-JLR |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| NEIL CLARK, et al., | ) | |
| Respondents. | ) | |

06-CV-01679-ORD

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 3rd day of January, 2007.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -1